UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**  Case No.: 1:24-cr-176

      **Plaintiff,**

v.

**BARRY TOTH,**

      **Defendant.**

**RESPONSE TO PROPOSED MODIFICATION OF PRETRIAL RELEASE**

Defendant, through counsel, notifies the Court that he does not object to the proposed modifications to the terms of his pretrial release.

                  **SCOTT GRAHAM PLLC**

Date: November 7, 2024      By: */s/ Scott Graham*
                                        Scott Graham
                                        Attorney for Defendant
                            Business Address:
                                        1911 West Centre Avenue, Suite C
                                        Portage, Michigan 49024
                                        (269) 327.0585

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2024, I caused to be filed the foregoing Response to Proposed Modification of Pretrial Release through the Court's CM/ECF system, and service was effected electronically to all counsel of record.

**SCOTT GRAHAM PLLC**

Date:  November 7, 2024    By:   */s/ Scott Graham*
                                                      Scott Graham
                                                      Attorney for Defendant
                                      Business Address:
                                                       1911 West Centre Avenue, Suite C
                                                      Portage, Michigan 49024
                                                      (269) 327.0585